Robert A. Beatty v. John B. Ireland and Another.— Motion granted, with ten dollars costs.

James Talcott v. John A. Moran.— Motion granted, with ten dollars costs.

Mary A. Guilfoyle v. Catherine E. Pierce and Another.— Motion denied, with ten dollars costs.

Timothy Callahan v. John C. Rodgers, Impleaded.— Motion granted, with ten dollars costs.

Eugene J. Mulstay v. Patrick J. Carlin and Others.— Motion denied on condition that the appellant have his case ready for argument at the December term.

Pasqualio Zampino v. John A. Bruckner and Another.— Motion granted, with ten dollars costs.

Paul C. Hunter v. Hudson Companies.— Motion granted, with ten dollars costs.

Milton Aborn and Others v. Elsie Janis and Others.— Motion denied.

Leo Schlesinger, as Receiver, v. Edward Butcher, Impleaded.— Motion granted, with ten dollars costs.

Emmaline Cartier v. William R. Spooner.— Motion denied on condition that appellant have his case ready for argument on the first motion day of the December term.

Lester C. Taylor v. Norma L. Munro.— Motion granted, with ten dollars costs.

Michael A. Bowe v. Stella Bowe.— Motion denied, with leave to renew after decision of motion to open default in the court below.

Louis Minsky v. J. Randolph Jacobs.— Motion denied on payment of ten dollars costs, and on condition that appellant have appeal ready for argument on the first motion day of the December term.

George E. Wood v. Scottish Union and National Insurance Company.— Motion denied, with ten dollars costs.

Catherine M. Yuengling v. John F. Betz.— Motion denied, with ten dollars costs.

Mary Cuff, Individually, etc., v. Annie Cuff and Others.— Motion denied, with ten dollars costs.

Farmers' Loan and Trust Company v. Francis C. Kip and Others.— Motion granted; questions certified.

J. Quintus Cohen v. Charles T. Small.— Motion granted.

Herbert L. Miles v. James Barton. Robert A. Dobyns v. Commercial Trust Company. William M. Bauchelle v. Jacob Rothschild. Mary E. Hyland v. Woodbury Institute. J. Wilson Bryant v. Austin Carr. Elizabeth A. Horsford v. Hiram E. Manville. Morris Horowitz v. Broads Manufacturing Company. John M. Dempsey v. Rutland Marble Company. Morris Hirschfield v. Hanley & Company. Henry Kear v. New York City Railway Company. John Richter v. George Colon. Walter Althause v. Bankers' Trust Company. Annie Damsky v. Abraham S. Weltfisch.— Applications in each case denied, with ten dollars costs.

Joseph Rosenthal v. Empire Brick Company. John J. Fish v. Henrietta Hahn. George Morris v. Board of Education. Joseph Beilin v. Rosie Wein.— Applications granted.